IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Cr. A. No. 06- 103m-MPT |
| JANE RUIZ | : | |

### INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

From in or about February 2000 to in or about October 2002, in the State and District of Delaware, **JANE RUIZ**, defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to her own use money, namely $11,184.30, of the Social Security Administration, an agency and department of the United States, in violation of Title 18, United States Code, Section 641.

        COLM F. CONNOLLY
        United States Attorney

        By: _____
        David L. Hall
        Assistant United States Attorney

Dated: 5 SEP 06