# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CR.A.NO. 06-103M** |
| | : | |
| v. | : | |
| | : | |
| **JANE RUIZ** | : | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F.

Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant

United States Attorney for the District of Delaware, and hereby moves this Honorable Court to

dismiss the Information filed on September 5, 2006, without prejudice.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated:

SO ORDERED this _____ day of _____, 2006.

_____
HONORABLE MARY PAT THYNGE
United States District Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA     )
                                   )
v.                                 ) CR.A.No. 06-103M
                                   )
JANE RUIZ                     )

### CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on September 20, 2006, I electronically filed:

### MOTION AND ORDER TO DISMISS

with the Clerk of Court using CM/ECF.  Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following.  All served via US Mail, two (2) copies of said document to be delivered to counsel of record at the following address:

Brian DiGregory, Esquire
239 S. Camac Street
Philadelphia, Pa.  19107

                                                    /s/Jennifer Brown
                                                    Jennifer Brown