AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

UNITED STATES OF AMERICA
V.

Jane Ruiz

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number:   06-103M (MPT)

REDACTED

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| J. Caleb Boggs Federal Building<br>844 North King Street<br>Wilmington, Delaware 19801 | Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time |
| Before: Honorable Mary Pat Thynge, U.S. Magistrate Judge | 9/28/06 at 1:00 PM |

** Please report to the U.S. Marshal's office Rm #100 by NOON

To answer a(n)
☐ Indictment   X Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __641__

Brief description of offense:

EMBEZZLE, STEAL, PURLOIN, AND CONVERT MONEY FROM AN AGENCY OR DEPARTMENT OF UNITED STATES

FILED
SEP 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_Evette Watson, Deputy Clerk_
Signature of Issuing Officer

September 6, 2006 in Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was _____

☒ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  9-26-06
         Date

_DWThomas_
Name of United States Marshal

_DMahn_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.



U.S. Department of Justice
United States Marshals Service
District of Delaware
844 King Street, Suite 1100
Wilmington, DE 19801-3519
Official Business
Penalty for Private Use $300

CERTIFIED MAIL™

7004 1160 0006 7939 8593

☐ A  ☐ INSUFFICIENT ADDRESS
☐ C  ☐ ATTEMPTED NOT KNOWN
☐ S  ☐ NO SUCH NUMBER/STREET
       ☐ NOT DELIVERABLE AS ADDRESSED
       - UNABLE TO FORWARD    ☐ OTHER

Jane Ruiz

1st NOTICE
2nd NOTICE 9-7
RETURNED 9-22

RTS RETURN TO SENDER

LN 9/7/06
R

UNCLAIMED

$04.65⁰
MAY 23 2005
MAILED FROM ZIP CODE 19801